# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID BALLARD** | : CIVIL ACTION |
| **v.** | : |
| **SAFEGUARD STORAGE PROPERTIES, LLC.,** *et al.* | : NO. 13-1844 |

## ORDER

**AND NOW**, this 1st day of July, 2013, having considered plaintiff's complaint and motion to proceed *in forma pauperis*, and in accordance with the accompanying Memorandum, **IT IS ORDERED** as follows:

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**;

2. Plaintiff, David Ballard, #863373, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $1.70 is assessed. The Warden or other appropriate official at the Curran-Fromhold Correctional Facility or at any other correctional facility at which plaintiff may be confined, is directed to deduct $1.70 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-1844. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Curran-Fromhold Correctional Facility or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to

the Clerk of Court at the address provided above to be credited to Civil Action No. 13-1844.

     3.     This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

     4.     The Clerk of Court is directed to send a copy of this Order to the Warden of the Curran-Fromhold Correctional Facility.

                                                    /s/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE, J.